UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation,<br><br>This document relates to the following actions:<br>14-cv-1099<br>14-cv-946<br>14-cv-943<br>14-cv-945<br>14-cv-944<br>14-cv-942<br>14-cv-948<br>14-cv-947 | MDL No. 14-2522 (PAM/JJK) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(b), Floyd A. Mandell, Martin T. Tully, Julia L. Kasper and Carolyn M. Passen, hereby withdraw as counsel for Defendant Target Corporation ("Target").  PLEASE TAKE FURTHER NOTICE that Harold J. McElhinny, Jack W. Londen, Michael J. Agoglia, David F. McDowell, and Rebekah Kaufman of Morrison & Foerster LLP, and Wendy J. Wildung and Michael A. Ponto of Faegre Baker Daniels LLP, are substituted and hereby appear as attorneys of record for Target in place of and instead of withdrawing counsel.

The office address and telephone number of the withdrawing counsel are as follows:

Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: 312.902.5200
Fax: 312.902.1061
Email: floyd.mandell@kattenlaw.com
Email: martin.tully@kattenlaw.com
Email: julia.kasper@kattenlaw.com
Email: carolyn.passen@kattenlaw.com


The office addresses and telephone numbers of substituted counsel are as follows:

Wendy J. Wildung, MN #117055
Michael A. Ponto, MN #203944
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: wendy.wildung@FaegreBD.com
Email: michael.ponto@FaegreBD.com

| | |
|---|---|
| Harold J. McElhinny, CA #66781* | David F. McDowell, CA #125806* |
| Jack W. Londen, CA #85776* | |
| Michael J. Agoglia, CA #154810* | MORRISON & FOERSTER LLP |
| Rebekah Kaufman, CA #213222* | 707 Wilshire Boulevard |
| MORRISON & FOERSTER LLP | Los Angeles, California  90017-3543 |
| 425 Market Street | |
| San Francisco, California  94105-2482 | Telephone: (213) 892-5200 |
| | Fax: (213) 892-5454 |
| Telephone: (415) 268-7000 | Email: DMcDowell@mofo.com |
| Fax: (415) 268-7522 | |
| Email: HMcElhinny@mofo.com | * Admitted *pro hac vice* per Pretrial Order No. 1 |
| Email: JLonden@mofo.com | |
| Email: MAgoglia@mofo.com | |
| Email: RKaufman@mofo.com | |

Pursuant to Pretrial Order No. 1, the Court held an initial case management conference in this matter on May 14, 2014.  The withdrawal and substitution of counsel will not delay the trial or other progress of the case.

| | |
|---|---|
| Date:  July 2, 2014 | /s/ Floyd A. Mandell<br>Floyd A. Mandell<br>Martin T. Tully<br>Carolyn M. Passen<br>Julia L. Kasper<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693<br>Telephone: 312.902.5200<br>Fax: 312.902.1061<br>Email: floyd.mandell@kattenlaw.com<br>Email: martin.tully@kattenlaw.com<br>Email: carolyn.passen@kattenlaw.com<br>Email: julia.kasper@kattenlaw.com<br><br>*Withdrawing Counsel* |
| Date:  July 2, 2014 | /s/ Michael A. Ponto<br>Wendy J. Wildung, MN #117055<br>Michael A. Ponto, MN #203944<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>Email: wendy.wildung@FaegreBD.com<br>Email: michael.ponto@FaegreBD.com<br><br>*Local Counsel for Defendants Target Corporation, Target Brands, Inc., Target Corporate Services, Inc., Target Corporation of Minnesota, and Target.com in MDL No. 14-2522* |

| | |
|---|---|
| Date:  July 2, 2014 | /s/ Rebekah Kaufman |
| | Harold J. McElhinny, CA #66781* |
| | Jack W. Londen, CA #85776* |
| | Michael J. Agoglia, CA #154810* |
| | Rebekah Kaufman, CA #213222* |
| | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| | San Francisco, California  94105-2482 |
| | Telephone: (415) 268-7000 |
| | Fax: (415) 268-7522 |
| | Email: HMcElhinny@mofo.com |
| | Email: JLonden@mofo.com |
| | Email: MAgoglia@mofo.com |
| | Email: RKaufman@mofo.com |
| | |
| | David F. McDowell, CA #125806* |
| | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| | Los Angeles, California  90017-3543 |
| | Telephone: (213) 892-5200 |
| | Fax: (213) 892-5454 |
| | Email: DMcDowell@mofo.com |
| | |
| | * Admitted *pro hac vice* per Pretrial Order No.  1 |
| | |
| | *Counsel for Defendants Target Corporation, Target Brands, Inc., Target Corporate Services, Inc., Target Corporation of Minnesota, and Target.com in MDL No. 14-2522* |